**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

EXXON MOBIL CORPORATION,

    *Petitioner,*

    *v.*

PIPELINE AND HAZARDOUS MATERIALS
SAFETY ADMINISTRATION; UNITED
STATES DEPARTMENT OF
TRANSPORTATION,

    *Respondents.*

No. 25-60513

**UNOPPOSED MOTION FOR A 30-DAY
EXTENSION OF TIME TO FILE REPLY**

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 26, the government moves for a 30-day extension of time to file a reply in this matter. The new proposed deadline for the reply would be April 13, 2026. Petitioner does not oppose this request for an extension.

1.    On September 24, 2025, the Exxon Mobil Corporation filed a petition for review in this case. *See* Dkt. 1. On January 13, 2026, the government moved to dismiss the petition. *See* Dkt. 30. The government's motion explains that the petition for review of the July 2, 2020 final order should be dismissed as untimely, because a petition for review "must be filed not later than 89 days after the … order is issued." 49 U.S.C.

§ 60119(a)(1). The motion also explains that the petition should otherwise be dismissed as nonfinal. *See Bennett v. Spear*, 520 U.S. 154, 177-78 (1997).

2.    After extensions, petitioner filed its response to the motion on March 6, 2026. *See* Dkt. 56.

3.    The current deadline for the filing of the reply on the motion is March 13, 2026.

4.    There is good cause for an extension for the reply. In response to the government's motion to dismiss, petitioner argues that the petition is timely because the agency reopened relevant proceedings. In doing so, petitioner relies on several exhibits. The government needs additional time to prepare the materials that bear on this line of argumentation.

5.    Petitioner does not oppose the government's request to extend the deadline for its reply to April 13, 2026.

Respectfully submitted,

AUGUST E. FLENTJE

*s/ Ben Lewis*
BEN LEWIS
(202) 514-2494
*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave. NW*
*Washington, DC 20530*

MARCH 2026

2

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 272 words.

*s/ Ben Lewis*
BEN LEWIS
